# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY YERON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>C. KOENIG, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-09140-RGK-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court also has reviewed Petitioner's objections to the Report and Recommendation, which the Court received and filed on April 22, 2021 ("Objections"). (Objs., ECF No. 14.)

As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected. However, Petitioner's Objections simply reiterate arguments raised in his Petition and his Opposition to the Motion to Dismiss. (*See* Objs. 1–2; Pet., ECF No. 1; Opp'n, ECF No. 11.) The Objections lack merit for the reasons stated in the Report and Recommendation. The Court

finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: May 17, 2021

*[signature: Gary Klausner]*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE